IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAKIA EPIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:08-CV-1258-D |
| VS. | § | |
| | § | |
| BOARD OF PARDONS AND | § | |
| PAROLES, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the May 1, 2009 and June 24, 2009 findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted.

Accordingly, plaintiff's actions against defendants Texas Board of Pardons and Paroles and Texas Department of Criminal Justice are dismissed without prejudice. His claims against defendants Troy Fox, Gail Johnson, Timothy McDonnell, and Don Jones under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, are dismissed with prejudice, and his state-law claims against these defendants are dismissed without prejudice.

**SO ORDERED**.

August 12, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE